# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 172

State of North Dakota,                                  Plaintiff and Appellee

v.

Hector Santiago Agosto,                             Defendant and Appellant

## No. 20250135

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Cynthia M. Feland, Judge.

AFFIRMED.

Per Curiam.

Isaac O. Lees, Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee; on brief.

Kiara C. Kraus-Parr, Grand Forks, ND, for defendant and appellant; on brief.

## State v. Santiago Agosto
### No. 20250135

**Per Curiam.**

[¶1]   Hector Santiago Agosto appeals from a criminal judgment entered after a jury convicted him of aggravated assault with a dangerous weapon. Santiago Agosto argues insufficient evidence supports his conviction because evidence does not show he knowingly caused bodily injury. He also argues the evidence does not show his possession of the machete indicated an intent or readiness to inflict serious bodily injury.

[¶2]   After review of the record, we conclude sufficient evidence supports Santiago Agosto knowingly caused bodily injury, and possession of a machete and the circumstances surrounding his possession of that machete, indicated an intent or readiness to inflict serious bodily injury. We summarily affirm the criminal judgment under N.D.R.App.P. 35.1(a)(3).

[¶3]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr